IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD WHITE, #209 419, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:16-CV-309-WHA |
| | ) [WO] |
| COMMISSIONER JEFFERSON DUNN, | ) |
| *et al*., | ) |
| Defendants. | ) |

**OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on June 7, 2016. Doc. # 4. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. This case is DISMISSED without prejudice for failure of Plaintiff to pay the initial partial filing fee under 28 U.S.C. § 1915(b)(1)(A);

2. Plaintiff's motion for preliminary injunction (Doc. # 1) is DENIED.

An appropriate judgment will be entered.

Done, this 11th day of July, 2016.

/s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE